996 A.2d 481

In the Interest of R.J.T., a Minor.

Petition of R.T., (Natural Mother).

Supreme Court of Pennsylvania.

June 16, 2010.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2010, the Petition for Allowance of Appeal is hereby GRANTED. The issue, rephrased for clarity, is:

Whether the Superior Court erred in determining the trial court abused its discretion in denying CYF's permanency goal change request from reunification to adoption.